UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Noah Moore | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08cv-00223(EGS) |
| | ) | ECF |
| United States of America | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

<u>NOTICE OF APPEARANCE</u>

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez

Special Assistant United States Attorney, as counsel of record for defendants, in the above-

captioned case.

February 21, 2007

Respectfully submitted,

Raymond A Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)
 Raymond.Martinez2@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of February I caused the foregoing  Notice to be

served on Plaintiff, **Noah Moore,** via first class mail, postage prepaid addressed as follows:


Noah Moore
#24304-013
FCI-ELKTON
P.O. Box 10
Lisbon, Ohio 44432

<div style="margin-left: 40%">

Raymond A. Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202)-514-8780
 Raymond.Matinez@usdoj.gov

</div>