UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Noah Moore, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Civil Action No. 1:08cv-00223(EGS) |
| ) | ECF |
| United States of America, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Bureau of Prisons (BOP), by and through undersigned counsel, hereby moves for an extension of time for Defendant to respond to the complaint. Good cause exists to grant this motion.

1. Defendant's response to Plaintiff's complaint is due on March 13, 2008.

2. Defendant requires additional time to prepare and file its response to Plaintiff's complaint. Undersigned counsel has been advised by the BOP that it needs an additional 30 days in order to find certain documents that will support a motion to dismiss and to prepare a Vaughan Index with supporting declaration needed for Defendant's response. Additionally, the BOP agent and point of contact for the undersigned counsel who will prepare this information, will be out of the office from March 8th through the 16th. (See Declaration of Roy Lathrup attached as exhibit 1.)

3. Undersigned counsel has not conferred with plaintiff pursuant to Local Rule 7(m) because he is incarcerated, rendering such step impracticable.

4. This is the first request made for an extension of the response deadline, and no scheduling order has been entered.

WHEREFORE, Defendant requests that this enlargement be granted, and that the filing date for its response to Plaintiff's complaint, be extended to April 14, 2008.

Dated March 4, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

CERTIFICATE OF SERVICE

I hereby certify that on this____ day of March, 2008, I caused the foregoing Motion to Extend Time to be served on pro se Plaintiff, postage prepaid, addressed as follows:

Noah Moore
#24304-013
FCI-Elkton
P.O. Box 10
Lisbon, Ohio 44432

_____/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, D.C.  20530
(202) 514-9150
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NOAH MOORE, #24804-013** ) | C/A No. 1:08-CV-00223-EGS |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Defendant(s) ) | |
| ) | |

### DECLARATION OF ROY LATHROP

1. I am presently employed as a Paralegal Specialist for the United States Department of Justice (DOJ), Federal Bureau of Prisons (BOP), South Carolina Consolidated Legal Center (SCCLC), located at the Federal Correctional Institution (FCI) Edgefield, South Carolina. I have held this position since January 21, 1997.

2. I am the BOP agent assigned to assist Raymond Martinez, Assistant United States Attorney, with gathering all relevant agency documents and information relevant to this case.

3. I am diligently in the process of gathering the relevant documentation; however, documents relevant to this case are housed in several locations throughout the BOP and other DOJ offices. In addition, I will be out of my office for several days in the month of March and April 2008, due to other agency obligations. Thus, I do not foresee being able to obtain, review, and provide the necessary information to Mr. Martinez within a sufficient time frame for him to respond to the complaint by March 13, 2008.

4. However, I am more than confident that I will be able to gather all relevant



documents and information to this case if granted an additional 30 days within which to complete these tasks.

I, Roy Lathrop, declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of March, 2008, in Edgefield, South Carolina.

*[signature]*
Roy Lathrop
Paralegal Specialist