FCI Elkton
P.O.Box 10
Lisbon, Ohio 44432

May 8, 2008

The Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

        Re: Moore v. United States of America
           Case No. 1: 08-cv- 0223(EGS)

Dear Clerk:

    This is to request a 20-day extension of time in which to respond to the government's motion for summary judgment in the above captioned cause. The government's motion was sent to me with a Loretto, Pa address whereas I am at FCI Elkton, Ohio. (Please see the enclosed proof of the address used by the government.) Because of the wrong addressing by the government, I only received the motion on May 7, 2008. Accordingly, I would need an additional 20 days from May 8, 2008 in which to prepare and submit a response to the motion for summary judgment.

    Thanks a lot for your considerations in this matter.

                                               Respectfully,

                                             Noah Moore
                                             Plaintiff

cc: Raymond A. Martinez, SAUSA
    Judiciary Center Building
    555 Fourth Street, N.W., Room E4415
    Washington, D.C. 20530

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

X-RAYED
MAY - 1 2008
DOJ MAILROOM

RETURN TO SENDER
CANNOT IDENTIFY
BY NAME OR NUMBER

Noah Moore
R22786-018
Loretto Federal Correctional Institution
P.O. Box 1000
Loretto, PA 15940

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS    ☐ OTHER
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/ STREET
S ☒ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

2008 MAY -1  P 5:22