UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NOAH MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No: 08-0223 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSTITUTION OF COUNSEL

　　The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

　　　/s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 28nd day of July, 2008, a copy of the foregoing was served via first-class mail, postage pre-paid, addressed as follows:

Noah Moore
R. No. 24804-013
Federal Correctional Institution Elkton
Inmate Mail/Parcels
P.O. Box 10
Lisbon, Ohio 44432

                                              /s/
                                      Cindy S. Owens, D.C. BAR #491465
                                      Special Assistant United States Attorney
                                      555 Fourth St., N.W.
                                      Room E4112
                                      Washington, D.C. 20530
                                      (202) 616-2257
                                      cindy.owens@usdoj.gov